UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul Christiansen

v. Case No. 26-cv-396-JL-TSM

Andrew M. Dudley

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 29, 2026.

Joseph N. Laplante
United States District Judge

Date: August 13, 2026

cc: Paul Christiansen, pro se